TOWNSEND et al., Appellants, v. PENDLE-TON, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Emma A. Townsend, individually and as administratrix, etc., and others, against Jennie F. Pendleton, individually and as executrix, etc. No opinion. Motion denied, with costs.

TRUSTEES OF VILLAGE OF SARATOGA SPRINGS, Respondent, v. SARATOGA GAS, ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1907.) Complaint of the trustees of the village of Saratoga Springs against the Saratoga Gas, Electric Light & Power Company. No opinion. Application for stay denied.

TURNER, Appellant, v. QUILLIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Catherine D. Turner against Helen Elizabeth Quillin and. others. No opinion. Judgment affirmed with costs.

TYLER, Respondent, v. STANDARD WINE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by James R. Tyler against the Standard Wine Company. No opinion. Judgment (102 N. Y. Supp. 65) affirmed, with costs.

TYSON, Appellant, v. BOARD OF EDUCATION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Frank L. Tyson against the board of education of New York. J. M. Wight, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

UNION SURETY & GUARANTY CO. v. GREATER NEW YORK AMUSEMENT CO. et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by the Union Surety & Guaranty Company against the Greater New York Amusement Company and others. No opinion. Motion granted, on condition that appellant have its appeal ready for argument at the December term. Settle order on notice.

VAN DRUTEN v. ROFF. (Supreme Court, Appellate Division, Third Department. September 26, 1907.) Action by Cornelia Van Druten, an infant, by Mary Van Druten, her guardian ad litem, against Isaac Roff. No opinion. Motion denied.

VAN KEUREN, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Edwin Van Keuren against Joseph P. Brown. No opinion. Judgment unanimously affirmed, with costs.

VESTRI, Respondent, v. F. W. GESSWEIN CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by John Vestri against the F. W. Gesswein Company. L. Cohn, for appellant. T. J. O'Neill, for respondent No opinion. Order modified, by inserting therein as a further condition that the plaintiff pay all costs of the action to date, and $10 costs of motion, and, as so modified, affirmed, without costs. Order filed.

VILLAGE OF FT. EDWARD v. HUDSON VALLEY RY. CO. et al. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by the village of Ft. Edward against the Hudson Valley Railway Company and another. No opinion. Order affirmed, with $10 costs and disbursements, on the ground that the defendants have not complied with section 53 of the public service commission law (Laws 1907, p. 920, c. 429).

VILLAGE OF FT. EDWARD, Respondent, v. HUDSON VALLEY RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 27, 1907.) Action by the village of Ft. Edward against the Hudson Valley Railway Company and another.

PER CURIAM. Motion for leave to go to the Court of Appeals granted, and questions certified as follows: "First. Were the defendants required by law to obtain from the board of trustees of the village of Ft. Edward, or from the village of Ft. Edward, consent to construct and maintain the connection in question? Second. Were the defendants required by law to obtain from the public service commission, by the provisions of section 53 thereof (Laws 1907, p. 920, c. 429), consent of said commission to the construction and maintenance of the proposed connection between the railroads in question?"

In re VILLAGE OF MEDINA. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) In the matter of the refund of illegal and improper taxes to the village of Medina, etc.

PER CURIAM. Order (103 N. Y. Supp. 1018) affirmed, with costs.

WILLIAMS, J., dissents.

VILLAGE OF SARATOGA SPRINGS, Respondent, v. SARATOGA GAS, ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 27, 1907.) In the complaint of trustees of the village of Saratoga Springs against the Saratoga Gas, Electric Light & Power Company.

PER CURIAM. Application for leave to go to Court of Appeals granted. The following question is certified, which, in the opinion of this court, ought to be reviewed by the Court of Appeals, to wit: "Has there been any invasion of the defendant's constitutional rights in or by the order appealed from?"

VIO CHEMICAL CO., Respondent, v. STUDHOLME, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by the Vio Chemical Company against Foster Studholme.